# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GRANT M. NELSON, | ) |
| | ) |
|       Plaintiff/Judgment Creditor, | ) |
| | ) |
| v. | )   Case No. 2:15-cv-07454 |
| | ) |
| STEFANIE D. HARDACRE, | ) |
| | ) |
|       Defendant/Judgment Debtor, | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|       Defendant/Garnishee. | ) |

## AMENDED NOTICE TO TAKE DEPOSITION

TO:    All Counsel of Record

YOU ARE HEREBY NOTIFIED that the deposition of Michael Kuckelman will be taken upon oral examination Wednesday, November 25, 2015, beginning at 9:00 a.m., before an officer authorized to administer oaths in the state of Kansas, at the law firm of Franke Schultz & Mullen, PC, 7101 College Boulevard, Suite 510, Overland Park, KS 66210. The taking of said deposition, if not completed on that day, will be continued from day to day, at the same place and between the hours of 8:00 o'clock in the forenoon and 6:00 o'clock in the afternoon, until completed.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

   */s/ John L. Mullen*
JOHN L. MULLEN    #22994
CHRISTOPHER HARPER #23273
8900 Ward Parkway
Kansas City, Missouri  64114
(816) 421-7100
(816) 421-7915 (fax)
jmullen@fsmlawfirm.com
charper@fsmlawfirm.com
**Attorney for Defendant/Garnishee**

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy
Of the foregoing was delivered via e-mail and
Regular US Mail, postage pre-paid, this 16th
day of November 2015, to:

Michael Kuckelman
Kuckelman Torline Kirkand Lewis
10740 Nall Avenue, Ste 260
Overland Park, KS 66211
mkuckelman@ktklattorneys.com
**Attorney for Judgment Creditor**


___*/s/ John L. Mullen*_____
**ATTORNEY FOR GARNISHEE**

2